Margaret Lehrkind, OSB #125440
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

     Of Attorneys for Plaintiff, Ian Sexton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| IAN SEXTON<br>  Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br>  Defendant | Case No. 2:24-cv-01362-JR<br><br><br>ORDER AWARDING ATTORNEY FEES<br>PER 28 U.S.C. §406(b) |

Having reviewed and considered Plaintiff's counsel's Petition for Attorney fees per U.S.C.

§ 406(b)(1) and 1383(d)(2)(B), and all supporting documentation, IT IS ORDERED that

Plaintiff's counsel's request for attorney's fees under 42 U.S.C. §§ 406(b) and 1383(d)(2)(B) is

GRANTED.  Attorney fees are allowed in the amount of $25,839.25.  To account for a refund of

the $8,500 already paid in EAJA attorney fees, SSA will pay a net fee award of $17,339.25 to

Plaintiff's counsel, MARGARET LEHRKIND, out of Plaintiff's past-due benefits.


   Dated:  April 20th, 2026


                          /s/ Jolie A. Russo

                          Jolie A. Russo

                          U.S. Magistrate Judge